# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN RACHELLE CHAMBLEE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 14-09430 DDP (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Answer, all of the other records and files herein, and the Report and Recommendation of the Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS ORDERED that the decision of the Commissioner denying benefits is REVERSED, and that this matter is REMANDED to the Commissioner for further administrative action consistent with the Report.

DATED: December 21, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE