# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN RACHELLE CHAMBLEE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 14-09430 DDP (RAO)<br><br>**JUDGMENT OF REMAND** |

In accordance with the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED: December 21, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE